**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00228-CR

### QUINTIN DEL ANGEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-75784-Y**

## ORDER

The Court **REINSTATES** this appeal.

On August 11, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the August 31, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and has retained Bruce Anton who made a timely request for preparation of the reporter's record and has made arrangements to pay for the record, including payment of a deposit; (3) the court reporters were Vearneas Faggett and Sharina Fowler; (4) Sharina Fowler has prepared her portion of the record and delivered it to Vearneas Faggett; (5) Vearneas Faggett is in the process of preparing her portion but has been delayed due to family health issues and her workload; and (4) the trial court recommended a two-

week extension for Ms. Faggett to complete the record.  We **ORDER** court reporter Vearneas Faggett to file the compiled reporter's record in this appeal no later than September 16, 2016.


/s/     LANA MYERS
        JUSTICE